# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form:* https://www.ca9.uscourts.gov/forms/form07instructions.pdf

**9th Cir. Case Number(s)** 24-565

**Case Name** Baird v. Bonta

**Counsel submitting this form** Amy L. Bellantoni

**Represented party/parties** Mark Baird and Richard Gallardo [Appellants]

*Briefly describe the dispute that gave rise to this lawsuit.*

Plaintiffs challenge the ban on the open carriage of handguns for self-defense and the criminal penalties imposed by California for the same presumptively protected conduct.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**  Rev. 09/01/22

1

*Briefly describe the result below and the main issues on appeal.*

The district court granted the State's cross-motion for summary judgment, denied Plaintiffs' motion for summary judgment, and denied Plaintiffs' third motion for a preliminary injunction as moot.

The main issues on appeal involve, among other issues, the court's improper application of the test set forth in NYSRPA v Bruen and adoption of the State's proffered analogues, which contradict the plain text of the Second Amendment.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

None.

**Signature** s/ Amy L. Bellantoni    **Date** 2/2/2024
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**    *Rev. 09/01/22*