AMY L. BELLANTONI
THE BELLANTONI LAW FIRM, PLLC
2 Overhill Road, Suite 400
Scarsdale, NY 10583
(914) 367-0090
abell@bellantoni-law.com

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

***

| | |
|---|---|
| MARK BAIRD and RICHARD GALLARDO,<br><br>    Plaintiffs-Appellants,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California,<br><br>    Defendant-Appellee. | No. 24-565<br><br>D.C. No. 2:19-CV-00617-KJM-AC<br><br>U.S. District Court, Eastern District of California<br><br>**MOTION FOR PARTIAL DISMISSAL OF APPEAL AS TO APPELLANT RICHARD GALLARDO** |

Pursuant to Fed. R. App. P. 42(b), Plaintiff-Appellant Richard Gallardo moves this Court for an order of partial voluntary dismissal, solely as to himself, of the appeal for which a Notice of Appeal was filed in the U.S. District Court for the Eastern District of California on January 24, 2024 [ECF No. 113].

On this date, I conferred with counsel for Defendant-Appellee Rob Bonta and was informed that the Attorney General does not object to the motion for partial voluntary dismissal with respect to Appellant Richard Gallardo.

Dated: February 5, 2024          Respectfully submitted,

                                                   THE BELLANTONI LAW FIRM, PLLC

                                                 _/s/ Amy L. Bellantoni_____
                                                 Amy L. Bellantoni, Esq.
                                                 *Counsel for Plaintiffs-Appellants*
                                                 2 Overhill Road, Suite 400
                                                 Scarsdale, New York 10583
                                                 abell@bellantoni-law.com

## **CERTIFICATE OF SERVICE**

Pursuant to FRAP 25, I certify that on this date I electronically filed the foregoing Motion For Partial Dismissal of Appeal as to Appellant Richard Gallardo with the Ninth Circuit Court of Appeals Electronic Filing System (ACMS), which served the following parties electronically:

    Iram Hasan, Deputy Attorney General, California Department of Justice
    iram.hasan@doj.ca.gov

Dated this 5th day of February, 2024.

                                                 *Amy L. Bellantoni*_____
                                                 Amy L. Bellantoni, Esq.