UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 7 2024


MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MARK BAIRD and RICHARD GALLARDO,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California,<br><br>        Defendant - Appellee. | No. 24-565<br><br>D.C. No.<br>2:19-cv-00617-KJM-AC<br>Eastern District of California, Sacramento<br><br>ORDER |

Appellant Richard Gallargo's motion (Docket Entry No. 4) for voluntary dismissal as to himself only is granted. This appeal is dismissed as to appellant Richard Gallargo only. Fed. R. App. P. 42(b). The appeal will proceed as to the remaining parties.

This order served on the district court acts as the mandate of this court as to appellant Richard Gallargo only.

The existing briefing schedule remains in effect.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT