No. 24-565

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

MARK BAIRD

*Plaintiff-Appellant*,

v.

ROB BONTA, in his official capacity as
Attorney General of the State of California,

*Defendant-Appellee*,

Appeal from United States District Court for the Eastern District of California
Civil Case No. 2:19-cv-00617-KJM-AC (Honorable Kimberly J. Mueller)

## INDEX VOLUME

THE BELLANTONI LAW FIRM, PLLC
2 Overhill Road, Suite 400
Scarsdale, New York 10583
(914) 367-0090 (t)
(888) 763-9761(f)
abell@bellantoni-law.com

*Attorneys for Plaintiff-Appellant*

# INDEX VOLUME

| Document | File Date | USDC Dkt. No. | ER No. |
|---|---|---|---|
| **VOLUME 1 OF 7** | | | |
| Order Granting Appellee Summary Judgment, Denying Appellant Summary Judgment, Denying Appellant's Third Motion for Preliminary Injunction as Moot | 12/29/2023 | 111 | 2 |
| Order Denying Appellant's Third Motion for Preliminary Injunction and Partial Dismissal of Second Amended Complaint, and *Sua Sponte* Order to Show Cause Why District Court Should Not Appoint Its Own Expert | 12/8/2022 | 83 | 72 |
| **VOLUME 2 OF 7** | | | |
| Transcript of Hearing on Parties' Motions For Summary Judgment | 11/3/23 | 117 | 89 |
| Parties' Respective Statements of Fact and Responses | 10/23/23 | 100-1 | 124 |
| Defendant's Request for Judicial Notice | 10/13/23 | 98-3 | 141 |
| Sur-Rebuttal Expert Report and Declaration of Brennan Rivas | 10/13/23 | 98-4 | 278 |

## VOLUME 3 OF 7

| Document | File Date | USDC Dkt. No. | ER No. |
|---|---|---|---|
| Sur-Rebuttal Expert Report and Declaration of Robert J. Spitzer | 10/13/23 | 98-5 | 306 |
| Sur-Rebuttal Report and Declaration of Saul Cornell | 10/13/23 | 98-6 | 321 |
| Declaration of Lara Haddad ISO Defendant's Motion for Summary Judgment | 10/13/23 | 98-7 | 328 |
| Expert Report and Declaration of Clayton Cramer | 9/29/23 | 96-3 | 451 |
| Declaration of Mark Baird | 9/29/23 | 96-4 | 544 |
| Declaration of Richard Gallardo | 9/29/23 | 96-5 | 548 |
| Declaration of Amy L. Bellantoni ISO Motion for Summary Judgment | 9/29/23 | 96-6 | 552 |

## VOLUME 4 OF 7

| Document | File Date | USDC Dkt. No. | ER No. |
|---|---|---|---|
| Exhibit 1 to the Declaration of Amy L. Bellantoni, "Not All History is Created Equal…", Mark W. Smith | 9/29/23 | 96-7 | 556 |
| Exhibit 2 to the Declaration of Amy L. Bellantoni, Acts of the General Assembly of Virginia | 9/29/23 | 96-8 | 618 |

| Document | File Date | USDC Dkt. No. | ER No. |
|---|---|---|---|
| Exhibit 3 to the Declaration of Amy L. Bellantoni, "How the British Gun Control Program Precipitated the Revolution", David B. Kopel | 9/29/23 | 96-9 | 621 |
| Exhibit 4 to the Declaration of Amy L. Bellantoni, Bureau of Justice Statistics, November 2001 | 9/29/23 | 96-10 | 672 |
| Exhibit 6 to the Declaration of Amy L. Bellantoni, Order Sustaining Demurrer, *People v. Diaz* | 9/29/23 | 96-12 | 688 |
| Exhibit 7 to the Declaration of Amy L. Bellantoni, Deposition Transcript of Charles D. Haggard, taken October 19, 2021 | 9/29/23 | 96-13 | 699 |
| Defendant's Survey of Relevant Statutes | 8/18/23 | 90-3 | 803 |

**VOLUME 5 OF 7**

| Document | File Date | USDC Dkt. No. | ER No. |
|---|---|---|---|
| Defendant's Survey of Relevant Statutes (continued) | 8/18/23 | 90-3 | 856 |
| Declaration of Lara Haddad ISO Defendant's Motion for Summary Judgment | 8/18/23 | 90-4 | 912 |
| Exhibit 1 to Haddad Declaration Attorney General Memorandum Concerning *NYSRPA v. Bruen* | 8/18/23 | 90-4 | 915 |

| Document | File Date | USDC Dkt. No. | ER No. |
|---|---|---|---|
| Exhibit 2 to Haddad Declaration Portions of Transcript, Deposition of Mark Baird | 8/18/23 | 90-4 | 919 |
| Expert Report and Declaration of Brennan Rivas | 8/18/23 | 90-5 | 937 |
| Expert Report and Declaration of Robert J. Spitzer | 8/18/23 | 90-6 | 985 |

## VOLUME 6 OF 7

| Document | File Date | USDC Dkt. No. | ER No. |
|---|---|---|---|
| Expert Report and Declaration of Robert J. Spitzer (con't) | 8/18/23 | 90-6 | 1159 |
| Expert Report and Declaration of Saul Cornell | 8/18/23 | 90-7 | 1333 |
| Expert Report and Declaration of Former Police Chief Kim Raney | 8/18/23 | 90-8 | 1380 |
| Transcript of Hearing on Plaintiffs' Third Motion for a Preliminary Injunction, held November 4, 2022 | 11/16/22 | 80 | 1396 |
| Defendant's Answer to Second Amended Complaint | 10/31/22 | 76 | 1427 |
| Second Amended Complaint for Declaratory and Injunctive Relief | 9/27/22 | 68 | 1441 |

## VOLUME 7 OF 7

| Document | File Date | USDC Dkt. No. | ER No. |
|---|---|---|---|
| Second Amended Complaint for Declaratory and Injunctive Relief (con't) | 9/27/22 | 68 | 1456 |
| Transcript of Proceedings, held July 16, 2021 | 7/27/21 | 52 | 1460 |
| Defendant's Response to FOIL Request by Mark Baird | 7/9/21 | 47-3 | 1475 |
| First Amended Complaint for Declaratory and Injunctive Relief | 9/21/20 | 34 | 1476 |
| Transcript of Proceedings, held October 9, 2019 | 10/29/19 | 32 | 1514 |
| Notice of Appeal | 1/24/24 | 113 | 1550 |
| Notice of Appeal | 1/3/23 | 84 | 1552 |
| U.S. District Court Docket Sheet *Baird v. Bonta*, 2:19-cv-00617-KJM-AC | | | 1554 |