No. 24-565

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

MARK BAIRD,
    *Plaintiff-Appellant*,

v.

ROB BONTA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,
    *Defendant-Appellee*.

**On Appeal from the United States District Court
for the Eastern District of California**
No. 2:19-cv-00617-KJM-AC
The Honorable Kimberly J. Mueller, Judge

## CIRCUIT RULE 28-2.7 ADDENDUM TO ANSWERING BRIEF

| | |
|---|---|
| ROB BONTA | AARON D. PENNEKAMP |
| *Attorney General of California* | *Deputy Solicitor General* |
| MICHAEL J. MONGAN | R. MATTHEW WISE |
| *Solicitor General* | JOHN D. ECHEVERRIA |
| HELEN H. HONG | *Supervising Deputy Attorneys General* |
| *Principal Deputy Solicitor General* | IRAM HASAN |
| THOMAS S. PATTERSON | *Deputy Attorney General* |
| *Senior Assistant Attorney General* | |

CALIFORNIA DEPARTMENT OF JUSTICE
1300 I Street, Suite 125
Sacramento, CA 94244-2550
(916) 210-6661
Aaron.Pennekamp@doj.ca.gov
*Attorneys for Defendant and Appellee*

June 17, 2024

# TABLE OF CONTENTS

**Description** **Page**

**CALIFORNIA STATUTES**

    Cal. Penal Code § 25850................................................................................ A-1

    Cal. Penal Code § 26010................................................................................ A-4

    Cal. Penal Code § 26150................................................................................ A-5

    Cal. Penal Code § 26155................................................................................ A-7

    Cal. Penal Code § 26350................................................................................ A-9

    Cal. Penal Code § 26362.............................................................................. A-11

> West's Annotated California Codes
>   Penal Code (Refs & Annos)
>     Part 6. Control of Deadly Weapons (Refs & Annos)
>       Title 4. Firearms (Refs & Annos)
>         Division 5. Carrying Firearms (Refs & Annos)
>           Chapter 3. Carrying a Loaded Firearm (Refs & Annos)
>             Article 2. Crime of Carrying a Loaded Firearm in Public (Refs & Annos)

West's Ann.Cal.Penal Code § 25850

§ 25850. Carrying a loaded firearm in public; examination of firearm by peace officer; punishment; arrest without warrant

Effective: January 1, 2024

Currentness

(a) A person is guilty of carrying a loaded firearm when the person carries a loaded firearm on the person or in a vehicle while in any public place or on any public street in an incorporated city, city and county, or in any public place or on any public street in a prohibited area of an unincorporated area of a county or city and county.

(b) In order to determine whether or not a firearm is loaded for the purpose of enforcing this section, peace officers are authorized to examine any firearm carried by anyone on the person or in a vehicle while in any public place or on any public street in an incorporated city or prohibited area of an unincorporated territory. Refusal to allow a peace officer to inspect a firearm pursuant to this section constitutes probable cause for arrest for violation of this section.

(c) Carrying a loaded firearm in violation of this section is punishable, as follows:

(1) Where the person previously has been convicted of any felony, or of any crime made punishable by a provision listed in Section 16580, as a felony.

(2) Where the firearm is stolen and the person knew or had reasonable cause to believe that it was stolen, as a felony.

(3) Where the person is an active participant in a criminal street gang, as defined in subdivision (a) of Section 186.22, under the California Street Terrorism Enforcement and Prevention Act (Chapter 11 (commencing with Section 186.20) of Title 7 of Part 1), as a felony.

(4) Where the person is not in lawful possession of the firearm, or is within a class of persons prohibited from possessing or acquiring a firearm pursuant to Chapter 2 (commencing with Section 29800) or Chapter 3 (commencing with Section 29900) of Division 9 of this title, or Section 8100 or 8103 of the Welfare and Institutions Code, as a felony.

(5) Where the person has been convicted of a crime against a person or property, or of a narcotics or dangerous drug violation, by imprisonment pursuant to subdivision (h) of Section 1170, or by imprisonment in a county jail not to exceed one year, by a fine not to exceed one thousand dollars ($1,000), or by both that imprisonment and fine.

A-1

(6) Where the person is not listed with the Department of Justice pursuant to Section 11106 as the recorded owner of the handgun, by imprisonment pursuant to subdivision (h) of Section 1170, or by imprisonment in a county jail not to exceed one year, or by a fine not to exceed one thousand dollars ($1,000), or by both that fine and imprisonment.

(7) In all cases other than those specified in paragraphs (1) to (6), inclusive, as a misdemeanor, punishable by imprisonment in a county jail not to exceed one year, by a fine not to exceed one thousand dollars ($1,000), or by both that imprisonment and fine.

(d)(1) Every person convicted under this section who has previously been convicted of an offense enumerated in Section 23515, or of any crime made punishable under a provision listed in Section 16580, shall serve a term of at least three months in a county jail, or, if granted probation or if the execution or imposition of sentence is suspended, it shall be a condition thereof that the person be imprisoned for a period of at least three months.

(2) The court shall apply the three-month minimum sentence except in unusual cases where the interests of justice would best be served by granting probation or suspending the imposition or execution of sentence without the minimum imprisonment required in this section or by granting probation or suspending the imposition or execution of sentence with conditions other than those set forth in this section, in which case, the court shall specify on the record and shall enter on the minutes the circumstances indicating that the interests of justice would best be served by that disposition.

(e) A violation of this section that is punished by imprisonment in a county jail not exceeding one year shall not constitute a conviction of a crime punishable by imprisonment for a term exceeding one year for the purposes of determining federal firearms eligibility under Section 922(g)(1) of Title 18 of the United States Code.

(f) Nothing in this section, or in Article 3 (commencing with Section 25900) or Article 4 (commencing with Section 26000), shall preclude prosecution under Chapter 2 (commencing with Section 29800) or Chapter 3 (commencing with Section 29900) of Division 9 of this title, Section 8100 or 8103 of the Welfare and Institutions Code, or any other law with a greater penalty than this section.

(g) Notwithstanding paragraphs (2) and (3) of subdivision (a) of Section 836, a peace officer may make an arrest without a warrant:

(1) When the person arrested has violated this section, although not in the officer's presence.

(2) Whenever the officer has reasonable cause to believe that the person to be arrested has violated this section, whether or not this section has, in fact, been violated.

(h) A peace officer may arrest a person for a violation of paragraph (6) of subdivision (c), if the peace officer has probable cause to believe that the person is carrying a handgun in violation of this section and that person is not listed with the Department of Justice pursuant to paragraph (1) of subdivision (c) of Section 11106 as the recorded owner of that handgun.

**Credits**

(Added by Stats.2010, c. 711 (S.B.1080), § 6, operative Jan. 1, 2012. Amended by Stats.2011, c. 15 (A.B.109), § 544, eff. April 4, 2011, operative Jan. 1, 2012; Stats.2023, c. 249 (S.B.2), § 9, eff. Jan. 1, 2024.)

West's Ann. Cal. Penal Code § 25850, CA PENAL § 25850

Current with urgency legislation through Ch. 12 of 2024 Reg.Sess. Some statute sections may be more current, see credits for details.

---

End of Document                                                         © 2024 Thomson Reuters. No claim to original U.S. Government Works.

> West's Annotated California Codes
>   Penal Code (Refs & Annos)
>     Part 6. Control of Deadly Weapons (Refs & Annos)
>       Title 4. Firearms (Refs & Annos)
>         Division 5. Carrying Firearms (Refs & Annos)
>           Chapter 3. Carrying a Loaded Firearm (Refs & Annos)
>             Article 4. Other Exemptions to the Crime of Carrying a Loaded Firearm in Public (Refs & Annos)

West's Ann.Cal.Penal Code § 26010

§ 26010. Carrying of handgun pursuant to Chapter 4 of Division 5 exempt from application of Section 25850

Effective: January 1, 2012

Currentness

Section 25850 does not apply to the carrying of any handgun by any person as authorized pursuant to Chapter 4 (commencing with Section 26150) of Division 5.

**Credits**

(Added by Stats.2010, c. 711 (S.B.1080), § 6, operative Jan. 1, 2012.)

West's Ann. Cal. Penal Code § 26010, CA PENAL § 26010

Current with urgency legislation through Ch. 12 of 2024 Reg.Sess. Some statute sections may be more current, see credits for details.

**End of Document**     © 2024 Thomson Reuters. No claim to original U.S. Government Works.

A-4

West's Annotated California Codes
  Penal Code (Refs & Annos)
    Part 6. Control of Deadly Weapons (Refs & Annos)
      Title 4. Firearms (Refs & Annos)
        Division 5. Carrying Firearms (Refs & Annos)
          Chapter 4. License to Carry a Pistol, Revolver, or Other Firearm Capable of Being Concealed upon the Person (Refs & Annos)

West's Ann.Cal.Penal Code § 26150

§ 26150. Application for new license or license renewal to carry concealed weapon; county sheriff responsibilities; authority to enter into agreement with head of municipal police department

Effective: January 1, 2024

Currentness

(a) When a person applies for a new license or license renewal to carry a pistol, revolver, or other firearm capable of being concealed upon the person, the sheriff of a county shall issue or renew a license to that person upon proof of all of the following:

(1) The applicant is not a disqualified person to receive such a license, as determined in accordance with the standards set forth in Section 26202.

(2) The applicant is at least 21 years of age, and presents clear evidence of the person's identity and age, as defined in Section 16400.

(3) The applicant is a resident of the county or a city within the county, or the applicant's principal place of employment or business is in the county or a city within the county and the applicant spends a substantial period of time in that place of employment or business. Prima facie evidence of residency within the county or a city within the county includes, but is not limited to, the address where the applicant is registered to vote, the applicant's filing of a homeowner's property tax exemption, and other acts, occurrences, or events that indicate presence in the county or a city within the county is more than temporary or transient. The presumption of residency in the county or city within the county may be rebutted by satisfactory evidence that the applicant's primary residence is in another county or city within the county.

(4) The applicant has completed a course of training as described in Section 26165.

(5) The applicant is the recorded owner, with the Department of Justice, of the pistol, revolver, or other firearm for which the license will be issued.

(b) The sheriff shall issue or renew a license under subdivision (a) in either of the following formats:

(1) A license to carry concealed a pistol, revolver, or other firearm capable of being concealed upon the person.

A-5

(2) Where the population of the county is less than 200,000 persons according to the most recent federal decennial census, a license to carry loaded and exposed in only that county a pistol, revolver, or other firearm capable of being concealed upon the person.

(c)(1) Nothing in this chapter shall preclude the sheriff of the county from entering into an agreement with the chief or other head of a municipal police department of a city to process all applications for licenses, renewals of licenses, or amendments to licenses pursuant to this chapter, in lieu of the sheriff.

(2) This subdivision shall only apply to applicants who reside within the city in which the chief or other head of the municipal police department has agreed to process applications for licenses, renewals of licenses, and amendments to licenses, pursuant to this chapter.

**Credits**

(Added by Stats.2010, c. 711 (S.B.1080), § 6, operative Jan. 1, 2012. Amended by Stats.2015, c. 785 (A.B.1134), § 2, eff. Jan. 1, 2016; Stats.2023, c. 249 (S.B.2), § 10, eff. Jan. 1, 2024.)

West's Ann. Cal. Penal Code § 26150, CA PENAL § 26150

Current with urgency legislation through Ch. 12 of 2024 Reg.Sess. Some statute sections may be more current, see credits for details.

End of Document    © 2024 Thomson Reuters. No claim to original U.S. Government Works.

West's Annotated California Codes
  Penal Code (Refs & Annos)
    Part 6. Control of Deadly Weapons (Refs & Annos)
      Title 4. Firearms (Refs & Annos)
        Division 5. Carrying Firearms (Refs & Annos)
          Chapter 4. License to Carry a Pistol, Revolver, or Other Firearm Capable of Being Concealed upon the Person (Refs & Annos)

West's Ann.Cal.Penal Code § 26155

§ 26155. Application for new license or license renewal to carry concealed weapon; responsibility of municipal police department; agreement with county sheriff

Effective: January 1, 2024

Currentness

(a) When a person applies for a new license or license renewal to carry a pistol, revolver, or other firearm capable of being concealed upon the person, the chief or other head of a municipal police department of any city or city and county shall issue or renew a license to that person upon proof of all of the following:

(1) The applicant is not a disqualified person to receive such a license, as determined in accordance with the standards set forth in Section 26202.

(2) The applicant is at least 21 years of age, and presents clear evidence of the person's identity and age, as defined in Section 16400.

(3) The applicant is a resident of that city or city and county. Prima facie evidence of residency within the county or a city within the county includes, but is not limited to, the address where the applicant is registered to vote, the applicant's filing of a homeowner's property tax exemption, and other acts, occurrences, or events that indicate presence in the county or a city within the county is more than temporary or transient. The presumption of residency in the county or city within the county may be rebutted by satisfactory evidence that the applicant's primary residence is in another county or city within the county.

(4) The applicant has completed a course of training as described in Section 26165.

(5) The applicant is the recorded owner, with the Department of Justice, of the pistol, revolver, or other firearm for which the license will be issued.

(b) The chief or other head of a municipal police department shall issue or renew a license under subdivision (a) in either of the following formats:

(1) A license to carry concealed a pistol, revolver, or other firearm capable of being concealed upon the person.

A-7

(2) Where the population of the county in which the city is located is less than 200,000 persons according to the most recent federal decennial census, a license to carry loaded and exposed in only that county a pistol, revolver, or other firearm capable of being concealed upon the person.

(c) Nothing in this chapter shall preclude the chief or other head of a municipal police department of any city from entering an agreement with the sheriff of the county in which the city is located for the sheriff to process all applications for licenses, renewals of licenses, and amendments to licenses, pursuant to this chapter.

**Credits**

(Added by Stats.2010, c. 711 (S.B.1080), § 6, operative Jan. 1, 2012. Amended by Stats.2023, c. 249 (S.B.2), § 11, eff. Jan. 1, 2024.)

West's Ann. Cal. Penal Code § 26155, CA PENAL § 26155
Current with urgency legislation through Ch. 12 of 2024 Reg.Sess. Some statute sections may be more current, see credits for details.

**End of Document**                                                          © 2024 Thomson Reuters. No claim to original U.S. Government Works.

A-8

West's Annotated California Codes
  Penal Code (Refs & Annos)
    Part 6. Control of Deadly Weapons (Refs & Annos)
      Title 4. Firearms (Refs & Annos)
        Division 5. Carrying Firearms (Refs & Annos)
          Chapter 6. Openly Carrying an Unloaded Handgun (Refs & Annos)
            Article 1. Crime of Openly Carrying an Unloaded Handgun (Refs & Annos)

West's Ann.Cal.Penal Code § 26350

§ 26350. Openly carrying an unloaded handgun; penalties; definition

Effective: January 1, 2012

Currentness

(a)(1) A person is guilty of openly carrying an unloaded handgun when that person carries upon his or her person an exposed and unloaded handgun outside a vehicle while in or on any of the following:

(A) A public place or public street in an incorporated city or city and county.

(B) A public street in a prohibited area of an unincorporated area of a county or city and county.

(C) A public place in a prohibited area of a county or city and county.

(2) A person is guilty of openly carrying an unloaded handgun when that person carries an exposed and unloaded handgun inside or on a vehicle, whether or not on his or her person, while in or on any of the following:

(A) A public place or public street in an incorporated city or city and county.

(B) A public street in a prohibited area of an unincorporated area of a county or city and county.

(C) A public place in a prohibited area of a county or city and county.

(b)(1) Except as specified in paragraph (2), a violation of this section is a misdemeanor.

(2) A violation of subparagraph (A) of paragraph (1) of subdivision (a) is punishable by imprisonment in a county jail not exceeding one year, or by a fine not to exceed one thousand dollars ($1,000), or by both that fine and imprisonment, if both of the following conditions exist:

(A) The handgun and unexpended ammunition capable of being discharged from that handgun are in the immediate possession of that person.

(B) The person is not in lawful possession of that handgun.

(c)(1) Nothing in this section shall preclude prosecution under Chapter 2 (commencing with Section 29800) or Chapter 3 (commencing with Section 29900) of Division 9, Section 8100 or 8103 of the Welfare and Institutions Code, or any other law with a penalty greater than is set forth in this section.

(2) The provisions of this section are cumulative and shall not be construed as restricting the application of any other law. However, an act or omission punishable in different ways by different provisions of law shall not be punished under more than one provision.

(d) Notwithstanding the fact that the term "an unloaded handgun" is used in this section, each handgun shall constitute a distinct and separate offense under this section.

**Credits**
(Added by Stats.2011, c. 725 (A.B.144), § 14.)

West's Ann. Cal. Penal Code § 26350, CA PENAL § 26350
Current with urgency legislation through Ch. 12 of 2024 Reg.Sess. Some statute sections may be more current, see credits for details.

End of Document   © 2024 Thomson Reuters. No claim to original U.S. Government Works.

> West's Annotated California Codes
> > Penal Code (Refs & Annos)
> > > Part 6. Control of Deadly Weapons (Refs & Annos)
> > > > Title 4. Firearms (Refs & Annos)
> > > > > Division 5. Carrying Firearms (Refs & Annos)
> > > > > > Chapter 6. Openly Carrying an Unloaded Handgun (Refs & Annos)
> > > > > > > Article 2. Exemptions (Refs & Annos)

West's Ann.Cal.Penal Code § 26362

§ 26362. Exemption for person who may openly carry a loaded handgun

Effective: January 1, 2012

Currentness

Section 26350 does not apply to, or affect, the open carrying of an unloaded handgun by any person to the extent that person may openly carry a loaded handgun pursuant to Article 4 (commencing with Section 26000) of Chapter 3.

**Credits**

(Added by Stats.2011, c. 725 (A.B.144), § 14.)

West's Ann. Cal. Penal Code § 26362, CA PENAL § 26362

Current with urgency legislation through Ch. 12 of 2024 Reg.Sess. Some statute sections may be more current, see credits for details.

End of Document    © 2024 Thomson Reuters. No claim to original U.S. Government Works.

A-11

## CERTIFICATE OF SERVICE

I certify that on June 17, 2024, I electronically filed the foregoing document with the Clerk of the Court of the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system. I certify that all other participants in this case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: June 17, 2024          */s/ Aaron D. Pennekamp*
                              Aaron D. Pennekamp