| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUN 18 2024 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

MARK BAIRD and RICHARD GALLARDO,

   Plaintiffs - Appellants,

 v.

ROB BONTA, in his official capacity as Attorney General of the State of California,

   Defendant - Appellee,

No. 24-565

D.C. No. 2:19-cv-00617-KJM-AC
Eastern District of California, Sacramento

ORDER

 The answering brief submitted by Appellee Rob Bonta is filed.

 Within 7 days of this order, Appellee Rob Bonta must file 6 copies of the brief in paper format bound with red front cover pages. Each copy must include certification at the end that the copy is identical to the electronic version. The Form 18 certificate is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

 The paper copies must be sent to the Clerk's principal office. The delivery and overnight mailing address is 95 Seventh Street, San Francisco, CA 94103. The regular U.S. mailing address is P.O. Box 193939, San Francisco, CA 94119-3939.

        FOR THE COURT:

        MOLLY C. DWYER
        CLERK OF COURT