|  | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | JUN 20 2024 |
| FOR THE NINTH CIRCUIT | MOLLY C. DWYER, CLERK |
|  | U.S. COURT OF APPEALS |

MARK BAIRD and RICHARD GALLARDO,

    Plaintiffs - Appellants,

 v.

ROB BONTA, in his official capacity as Attorney General of the State of California,

    Defendant - Appellee,

----------------------------------------

MOUNTAIN STATES LEGAL FOUNDATION, et al.;

    Amici Curiae.

No. 24-565

D.C. No. 2:19-cv-00617-KJM-AC
Eastern District of California, Sacramento

ORDER

The previous panel has retained jurisdiction of this appeal. Oral argument, if any, will be scheduled in due course.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT