# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 14. Motion for Extension of Time

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form14instructions.pdf*

**9th Cir. Case Number(s):** 24-565

**Case Name:** Baird v. Bonta

**Requesting Party Name(s):** Mark Baird

**I am:**
- ○ The party requesting the extension.
- ☒ Counsel for the party or parties requesting the extension.

I request an extension of time to file a:
- ☒ **Brief** (*you must also complete the Declaration on page 3*)
- ☐ Motion to proceed in forma pauperis
- ☐ Motion for a certificate of appealability
- ☐ Response/opposition to a pending motion
- ☐ Reply to a response/opposition to a pending motion
- ☐ Certified Administrative Record
- ☐ Response to court order dated _____
- ☐ Other (*you must describe the document*)

**The requested new due date is:** July 22, 2024

I request the extension of time because (**cannot be left blank**):
*(attach additional pages if necessary)*

Please see the attached Declaration.

**Signature:** /s/ Amy L. Bellantoni    **Date:** July 8, 2024
(use "s/[typed name]" to sign electronically-filed documents)

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Declaration in support of extension to file brief under Circuit Rule 31-2.2(b)**
*Complete this section if you are requesting an extension of time to file a brief.*

1. I request an extension of time to file the [Appellant's Reply] brief.
   *(Examples: opening, answering, reply, first cross-appeal)*

2. The brief's current due date is: July 8, 2024

3. The brief's first due date was: July 8, 2024

4. A more detailed explanation of why the extension of time to file the brief is necessary: *(Under Circuit Rule 31-2.2(b), a request for extension of time to file a brief must be "supported by a showing of diligence and substantial need" and a conclusory statement as to the press of business does not constitute such a showing. Attach additional pages if necessary.)*

   Please see the attached Declaration.

5. The position of the other party/parties regarding this request is:

   [X] Unopposed.

   [ ] Opposed by *(name of party/parties opposing this motion)*:

   [ ] Unknown. I am unable to verify the position of the other party/parties because:

6. [X] The court reporter is not in default with regard to any designated transcripts.

   If the court reporter is in default, please explain:

7. [X] I have exercised diligence and I will file the brief within the time requested.

I declare under penalty of perjury that the foregoing is true and correct.

**Signature** /s/ Amy L. Bellantoni          **Date** July 8, 2024
*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 14**                            3                        *New 12/01/2018*

Amy L. Bellantoni declares the following pursuant to 28 USC 1746:

1. I am counsel for the Appellant, Mark Baird.

2. On Tuesday, July 2, 2024, I contacted the Clerk's Office of the Ninth Circuit Court of Appeals to confirm the deadline for filing a streamlined request for an extension of time, which I understood to be on or before the date the brief is due.

3. I was unaware that the streamlined request was unavailable where a merits panel was assigned to the appeal.

4. On July 7, 2024, I filed a streamlined request for a 30-day extension of time in which to file Appellant's Reply Brief.

5. Appellant's Reply Brief is due to be filed today, July 8, 2024.

6. Today, I was out of the office attending to family in connection with a medical procedure (our canine was euthanized late this afternoon). Upon returning home and checking my email, I learned at or around 7:30 p.m. EST that the streamlined request was denied as disallowed due to the assignment of this appeal to the merits panel.

7. I respectfully request that the instant motion for a two-week extension of time to July 22, 2024 be granted.

8. Though the streamlined request did not require one be provided, the reason for the instant request is that I was unaware that no automatic extension was available where a merits panel has been assigned. I was seeking an automatic

1

streamlined extension because I have been out of the office with family-related matters, including the matter identified in ¶ 6 above, as well as the recovery of a second canine who underwent intestinal surgery on June 26, 2024.

9. During that same time period I was responding to court-imposed motion deadlines in a criminal matter [*People v. Santalone*, CR-031585-23NY (N.Y. Sup. Ct.] (challenging the constitutionality of New York State requirement that licensed handgun owners must apply for and obtain a second handgun license to lawfully carry concealed in New York City); and *LaMarco v. Suffolk County, et al.*, 22 Civ. 4629 [EDNY] (GRB)(JMW) (challenging a Suffolk County policy precluding handgun ownership by individuals who reside with a 'prohibited person'), as well as a deposition in the matter of *Brenden v Castro*, 5:23-cv-539 [NDNY] (GTS/ML) (§1983, false arrest of military police officer for weapons possession in violation of LEOSA).

10. I was also awaiting an additional resource sought to be used in connection with Appellant's Reply Brief, which did not arrive until today.

11. A brief two-week extension of time to file Appellant's Reply Brief will not cause prejudice to the Appellee who has informed me that the State does not oppose Appellant's motion for an extension of time.

12. However, the inability to file a Reply Brief will greatly prejudice my client, Mark Baird, who has been diligently pursuing justice in this case since 2019.

2

In that regard, it is respectfully requested that the instant motion be granted. Thank you for the Court's consideration in this matter.

I declare the foregoing to be true under the penalty of perjury.

Dated: July 8, 2024

                           *Amy L. Bellantoni*
                           Amy L. Bellantoni

3