

October 20, 2025

**By ACMS**

Hon. Molly C. Dwyer, Clerk of Court
U.S. Court of Appeals for
the Ninth Circuit
The James R. Browning Courthouse
95 7th Street
San Francisco, CA 94103

    Re:   *Baird v. Bonta,* Case No. 24-565

Dear Ms. Dwyer,

    I represent the Appellant in the above-referenced matter.

    Non-party, Charles Nichols, continues to pepper this Court with personal opinions for which no legal authority exists for submission to, or consideration by, this Court.

    Fed. R. App. P. 28(j) entitled, "Citation of Supplemental Authorities" only authorizes a "party" to present a letter advising the Clerk of "pertinent and significant authorities" setting forth the citations to same.

    Mr. Nichols is not a party to this proceeding.

    Appellant requests that each purported FRAP letter submitted by Mr. Nichols be disregarded by this Court and stricken from the docket.

Respectfully,

*Amy L. Bellantoni*
Amy L. Bellantoni

Word count: 98