NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 15 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MARK BAIRD,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>ROB BONTA, in his official capacity as<br>Attorney General of the State of California,<br><br>        Defendant - Appellee. | No. 24-565<br><br>D.C. No.<br>2:19-cv-00617-KJM-AC<br>Eastern District of California,<br>Sacramento<br><br>**ORDER** |

**MURGUIA**, Chief Judge:

En banc oral argument will take place during the week of June 1, 2026, in Seattle, Washington. The date and time will be determined by separate order. For further information or special requests regarding scheduling, please contact Deputy Clerk Paul Keller at paul_keller@ca9.uscourts.gov or (206) 224-2236.